# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FIL...

05 APR 21 PM 3: ..

ROBERT R. DI ...
CLERK, U.S. DI ...
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:94 cr 20126 -m1 |
| | ) | |
| AUBREY BRIGANCE, | ) | 18 U.S.C. §3583 |
| | ) | |
| Defendant | ) | |

## AGREED ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Defendant's withdrawing and substituting counsel stipulate and agree and it is therefore ORDERED, ADJUDGED AND DECREED that Irvin M. Salky shall be substituted as attorney of record for Defendant and that the appearance of Howard B. Manis as attorney for Defendant shall be withdrawn from the record.

IT IS SO ORDERED this __21__ day of __April__ 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
HOWARD B. MANIS # 16202
Withdrawing Attorney for Defendant
80 Monroe Ave.
Memphis, TN 38103

_____
IRVIN M. SALKY #008869
Substituting Attorney for Defendant
240 Hawthorne St.
Memphis, TN 38112

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 67 in case 2:94-CR-20126 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Irvin M. Salky
LAW OFFICE OF IRVIN M. SALKY
240 Hawthorne St.
Memphis, TN 38112

Honorable Jon McCalla
US DISTRICT COURT